# United States Court of Appeals
## for the Fifth Circuit

_____

No. 22-30113
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
January 10, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Demetrius Deangelo Hall,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:19-CR-394-1

_____

Before Smith, Southwick, and Douglas, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Demetrius Deangelo Hall has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hall has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Hall's claims of ineffective assistance of counsel; we therefore decline to consider the claims without

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-30113

prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hall's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.